UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERT G. ALEXANDER                              SBI #000160436C
Crim. No. 09-313 (KSH)

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. Robert G. Alexander, a/k/a Charles Nelson," a/k/a "Kenneth Robinson," a/k/a "Demar Childs," a/k/a "Abdul Sanders," and a/k/a "Robert Gary" (D/O/B: 4/17/1976) is now confined for Southern State Correctional Facility, 4295 ROUTE 47, Delmont, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on Wednesday, May 13, 2009 at 3:00 p.m. for an Arraignment before the Honorable Katharine S. Hayden.

A Writ of Habeas Corpus should issue for that purpose.

DATED:                                                    _____
                                                          SHANA W. CHEN
                                                          ASSISTANT U.S. ATTORNEY

---

# ORDER

Let the Writ Issue.

DATED: April 28, 2009
                                                          _____
                                                          HON. KATHARINE S. HAYDEN
                                                          UNITED STATES DISTRICT JUDGE

---

# WRIT OF HABEAS CORPUS

The United States of America to Warden of the Southern State Correctional Facility, Delmont, New Jersey. WE COMMAND that you have the body of

ROBERT G. ALEXANDER,
a/k/a Charles Nelson," a/k/a "Kenneth Robinson," a/k/a "Demar Childs,"
a/k/a "Abdul Sanders," and a/k/a "Robert Gary"

now confined in Southern State Correction Facility, brought before the Honorable Katharine S. Hayden, United States District Judge, on May 13, 2009, at 3:00 p.m., at the United States District Court, U.S. Post Office & Courthouse, Federal Square, Courtroom 5, Newark, New Jersey, so that he may appear in the above-captioned matter.

        WITNESS the Honorable Katharine S. Hayden
                United States District Judge
                Newark, New Jersey

DATED: 4/29/09
                                        WILLIAM T. WALSH
                                        Clerk of the U.S. District Court
                                        for the District of New Jersey

                                        Per: _____
                                             Deputy Clerk