UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERT G. ALEXANDER            SBI# 000160436C
Crim. No. 09-313 (KSH)

## PETITION FOR WRIT OF HABEAS CORPUS

1. Robert G. Alexander, a/k/a "Charles Nelson," a/k/a "Kenneth Robinson," a/k/a "Demar Childs," a/k/a "Abdul Sanders," and a/k/a "Robert Gary" (          1976) is now confined for Southern Correctional Facility, 4295 Route 47, Delmont, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on Thursday, June 4, 2009 at 9:00 a.m. for an Arraignment before the Honorable Katharine S. Hayden.

A Writ of Habeas Corpus should issue for that purpose.

DATED: May 20, 2009
Newark, NJ

SHANA W. CHEN
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.
DATED: May 21st, 2009

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Southern State Correctional Facility, Delmont, New Jersey.
WE COMMAND YOU that you have the body of

ROBERT G. ALEXANDER
a/k/a "Charles Nelson," a/k/a "Kenneth Robinson," a/k/a "Demar Childs,"
a/k/a "Abdul Sanders," and a/k/a "Robert Gary"

now confined in Southern State Correctional Facility, brought before the Honorable Katharine S. Hayden, United States District Judge, on June 4, 2009, at 9:00 a.m., at the United States District Court, U.S. Post Office & Courthouse, Federal Square, Courtroom 5, Newark, New Jersey, so that he may appear in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 5/21/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk