# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katharine S. Hayden |
| v. | No. 09-313 (KSH) |
| Robert Alexander, | **SCHEDULING ORDER** |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Shana Chen, Assistant U.S. Attorney), and defendant Robert Alexander (by Patrick N. McMahon, Assistant Public Defender), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

WHEREAS the "stipulated plea offer" of the United States has a resulting offense level of 14, this being the second and lowest offer extended by the Government after entering into negotiations with the defense;

WHEREAS the defense has sought a "stipulated plea offer" with a resulting offense level of 12 and assurance that the state of Virginia will not prosecute.

IT IS ORDERED that the parties may enter into a plea agreement no later than August 31, 2009

IT IS ORDERED that motions shall be filed with this Court no later than October 30, 2009;

IT IS FURTHER ORDERED that responses will be filed with this Court no later

than November 13, 2009;

IT IS FURTHER ORDERED that arguments will be heard on November 20, 2009 at 10:00 a.m.;

IT IS FURTHER ORDERED that the trial in this matter is set for November 30, 2009 at 9:00 a.m.; and

IT IS FURTHER ORDERED that the period from August 7, 2009 through November 30, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because (1) defendant has consented to the continuance and (2) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
HON. KATHARINE S. HAYDEN
United States District Judge