UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERT G. ALEXANDER
Crim. No. 09-313 (KSH)

SBI #000160436C

## PETITION FOR WRIT OF HABEAS CORPUS

1. Robert G. Alexander, a/k/a "Charles Nelson," a/k/a "Kenneth Robinson," a/k/a "Demar Childs," a/k/a "Abdul Sanders," and a/k/a "Robert Gary" (███████████) is now confined for Southern State Correctional Facility, 4295 ROUTE 47, Delmont, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on Thursday, August 27, 2009 at 2:30 p.m. for a Status Conference before the Honorable Katharine S. Hayden.

A Writ of Habeas Corpus should issue for that purpose.

DATED: 8/4/09

SHANA W. CHEN
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.
DATED: August 4, 2009

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Southern State Correctional Facility, Delmont, New Jersey. WE COMMAND that you have the body of

ROBERT G. ALEXANDER,
a/k/a "Charles Nelson," a/k/a "Kenneth Robinson," a/k/a "Demar Childs,"
a/k/a "Abdul Sanders," and a/k/a "Robert Gary"

now confined in Southern State Correction Facility, brought before the Honorable Katharine S. Hayden, United States District Judge, on August 27, 2009, at 2:30 p.m., at the United States District Court, U.S. Post Office & Courthouse, Federal Square, Courtroom 5, Newark, New Jersey, so that he may appear in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 8/4/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk