```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Katharine S. Hayden

         v.                   :    Crim. No. 09-313(KSH)

ROBERT ALEXANDER,             :    ORDER
  a/k/a "Charles Nelson"
```

The Court having held a status conference with the parties regarding the proceedings in the above-captioned matter on March 31, 2010; the defendant having advised the Court that he wishes to proceed to trial; the parties having been apprised of the following dates; and for good and sufficient cause shown,

IT IS on this 1st day of April 2010,

ORDERED that the period between February 8, 2010 through March 31, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 of the United States Code, Section 3161(h)(7), and for the reasons stated on the record on March 31, 2010;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than April 16, 2010;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions shall be filed no later than April 30, 2010;

IT IS FURTHER ORDERED that any reply shall be filed no later than May 5, 2010;

IT IS FURTHER ORDERED that any oral argument as to any such motions shall be conducted on May 10, 2010, at 2:00p.m.;

     IT IS FURTHER ORDERED that a pretrial conference shall be conducted on May 27, 2010, at 2:00p.m.; and

     IT IS FURTHER ORDERED that the trial in this matter will commence on June 2, 2010, at 9:00a.m.

/s/ Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
United States District Judge